# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# EASTERN DIVISION

| | |
|---|---|
| ANTQUAN DURPREE CLAY,<br><br>Plaintiff,<br><br>v.<br><br>SAN BERNARDINO COUNTY et al.,<br><br>Defendants. | Case No. ED CV 19-00032-CJC (DFM)<br><br>Order Accepting Report and Recommendation of United States Magistrate Judge |

Under 28 U.S.C. § 636, the Court has reviewed the pleadings and all the records and files herein, along with the Report and Recommendation of the assigned United States Magistrate Judge. The Court accepts the findings, conclusions, and recommendations of the United States Magistrate Judge.

IT IS THEREFORE ORDERED that Plaintiff's claims against San Bernardino County and Sergeant C. Castillo are dismissed with prejudice.

Dated: February 24, 2020

_____
CORMAC J. CARNEY
United States District Judge