# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# EASTERN DIVISION

| | |
|---|---|
| ANTQUAN DURPREE CLAY,<br><br>    Plaintiff,<br><br>    v.<br><br>SAN BERNARDINO COUNTY et al.,<br><br>    Defendants. | No. ED CV 19-00032-CJC (DFM)<br><br>Order Accepting Report and Recommendation of United States Magistrate Judge |

    Pursuant to 28 U.S.C. § 636, the Court has reviewed the pleadings and all the records and files herein, along with the Report and Recommendation of the assigned United States Magistrate Judge. Further, the Court has engaged in a de novo review of those portions of the Report and Recommendation to which objections have been made. The Court accepts the findings, conclusions, and recommendations of the United States Magistrate Judge.

    IT IS THEREFORE ORDERED that Defendant's motion for summary judgment be GRANTED. Judgment shall be entered dismissing the Third Amended Complaint with prejudice.

Date: October 13, 2021

_____
CORMAC J. CARNEY
United States District Judge