JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# EASTERN DIVISION

| | |
|---|---|
| ANTQUAN DURPREE CLAY, <br><br> Plaintiff, <br><br> v. <br><br> SAN BERNARDINO COUNTY et al., <br><br> Defendants. | No. ED CV 19-00032-CJC (DFM) <br><br> JUDGMENT |

Pursuant to the Court's Order Accepting Report and Recommendation of United States Magistrate Judge,

IT IS ADJUDGED that the Third Amended Complaint and this entire action are dismissed with prejudice.

Date: October 13, 2021

_____
CORMAC J. CARNEY
United States District Judge